THE STATE V. WILEY STOUT.

The Supreme Court will not entertain an appeal in criminal cases when the defendant has not entered into recognizance, as required by Art. 723 of the Code of Criminal Procedure. (Paschal's Digest, Art. 3186, Note 770.)

The State v. Paschal, 22 Tex., 584, and The State v. Fatheree, 23 Tex., 202, cited and approved.

APPEAL from Kendall. The case was tried before Hon. THOMAS H. STRIBLING, one of the district judges.

The appellee was indicted for taking up and using an estray without complying with the laws regulating estrays.

On motion of the defendant the indictment was quashed, and an appeal was taken by the State; but the defendant was not required to enter into recognizance.

*William M. Walton, Attorney General,* for the State.

No counsel for the appellee.

WILLIE, J.—The defendant in this case has not entered into a recognizance, as required by Art. 723 of the Code of Criminal Procedure. This court has heretofore decided that it will not entertain such an appeal where the defendant is not under recognizance. (State v. Paschal, 22 Tex., 584; State v. Fatheree, 23 Tex., 202.) Under the authority of these decisions, the present appeal will be dismissed.

ORDERED ACCORDINGLY.